THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARLIE MAE PERKINS, Defendant-Appellant.

(No. 11742; )

Fourth District—August 9, 1973.

Opinion by Mr. JUSTICE TRAPP.

Linda West Conley, Assistant Public Defender, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, (Scott B. Diamond, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD PORTER, JR., Defendant-Appellant.

(No. 11843; )

Fourth District—August 9, 1973.